

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00027-CR

## IN RE REGINALD BERNARD HATTON

**Original Proceeding**

**From the 77th District Court
Limestone County, Texas
Trial Court No. 12115-A**

## MEMORANDUM OPINION

Reginald Bernard Hatton's Original Petition for Writ of Mandamus, filed on January 20, 2023, is denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied
Opinion delivered and filed January 25, 2023
Do not publish
[OT06]

